FORM 1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| APS AUTOPARTS SPECIALTISTS, INC., | |
| Plaintiff, | 21-00233 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | **SUMMONS** |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

### PROTEST

| Port of Entry: 2704 | Date Protest Filed: See attached schedule |
|---|---|
| Protest Number: See attached schedule | Date Protest Denied: See attached schedule |

| Importer: APS AUTOPARTS SPECIALTISTS, INC. |
|---|
| Category of Merchandise: Auto Parts - Steel Side Protective Accessories |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | See attached schedules | | | |
| | | | | | |
| | | | | | |

Port Director,

U.S. Bureau of Customs & Border Protection
301 E. Ocean Blvd., Suite 1400
Long Beach, CA 90802

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
599 Lexington Avenue, 36th floor
New York, New York 10022
RSilverman@GDLSK.COM
212/557-4000

*Address of Customs Port in Which Protest Was Denied*     *Name, Address and Telephone Number of Plaintiff's Attorney*

Page 1                                                                                                                    10475125

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Auto Parts - Steel Side Protective Accessories | 8708.29.5060 9903.88.03 | 25% *ad valorem* | 8708.29.5060 9903.88.45 | Free |

| Other |
|---|
| *State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim:* *Protests were filed under 19 U.S.C. 1514(a)(3) and (5) to contest the assessment of 25 percent ad valorem duties on the subject merchandise pursuant to Section 301 of the Trade Expansion Act of 1962, 19 U.S.C. 1862 (the "Section 301 duties"). Plaintiff contests the legality of the assessments under Section 301. Plaintiff contests the assessment of 301 duties on the products covered by this action because they qualified for an exclusion from the Section 301 duties pursuant to subheading 9903.88.45, for "[t]ire carrier attachments, roof racks, fender liners, side protective attachments, the foregoing of steel (described in statistical reporting number 8708.29.5060)."* |

| |
|---|
| The issue which was common to all such denied protests: whether the imported merchandise qualifies for classification in subheading 9903.88.45. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

Date:  5/14/2021                                                          /s/   Robert F. Seely

Page 2

| Protest No. | Date Protest Filed | Date of Denial | Entry No. | Entry Date | Date of Liquidation |
|---|---|---|---|---|---|
| 270420148074 | 11/28/2020 | 12/1/20 | 588-0105132-5 | 9/18/2019 | 8/14/2020 |
| 270420148077 | 11/28/2020 | 12/1/20 | 588-0105133-3 | 9/18/2019 | 8/14/2020 |
| 270420148078 | 11/28/2020 | 12/1/20 | 588-0105158-0 | 9/26/2019 | 8/21/2020 |
| 270420148079 | 11/28/2020 | 12/1/20 | 588-0105177-0 | 9/25/2019 | 8/21/2020 |
| 270420148081 | 11/28/2020 | 12/1/20 | 588-0105214-1 | 10/10/2019 | 9/4/2020 |
| 270420148082 | 11/28/2020 | 12/1/20 | 588-0105215-8 | 10/10/2019 | 9/4/2020 |
| 270420144606 | 9/29/2020 | 12/9/20 | 588-0104820-6 | 7/22/2019 | 6/19/2020 |
| 270420148051 | 11/27/2020 | 12/9/20 | 588-0105113-5 | 9/15/2019 | 8/7/2020 |
| 270420148075 | 11/28/2020 | 12/9/20 | 588-0104953-5 | 8/16/2019 | 7/10/2020 |
| 270420148080 | 11/28/2020 | 12/9/20 | 588-0105008-7 | 8/30/2019 | 7/31/2020 |
| 270420148087 | 11/28/2020 | 12/9/20 | 588-0105341-2 | 10/31/2019 | 9/25/2020 |
| 270420148088 | 11/28/2020 | 12/9/20 | 588-0105417-0 | 11/15/2019 | 10/9/2020 |
| 270420148089 | 11/28/2020 | 12/9/20 | 588-0105486-5 | 11/25/2019 | 10/23/2020 |
| 270420146069 | 11/28/2020 | 12/10/20 | 588-0104986-5 | 8/21/2019 | 7/17/2020 |
| 270420148062 | 11/27/2020 | 12/10/20 | 588-0104882-6 | 8/7/2019 | 7/3/2020 |
| 270420148064 | 11/28/2020 | 12/10/20 | 588-0104918-8 | 8/7/2019 | 7/3/2020 |
| 270420148065 | 11/28/2020 | 12/10/20 | 588-0104828-9 | 7/25/2019 | 6/19/2020 |
| 270420148066 | 11/28/2020 | 12/10/20 | 588-0104919-6 | 8/9/2019 | 7/3/2020 |
| 270420148067 | 11/28/2020 | 12/10/20 | 588-0104937-8 | 8/16/2019 | 7/10/2020 |
| 270420148071 | 11/28/2020 | 12/10/20 | 588-0104987-3 | 8/29/2019 | 7/24/2020 |
| 270420148072 | 11/28/2020 | 12/10/20 | 588-0105060-8 | 9/6/2019 | 7/31/2020 |
| 270420148052 | 11/27/2020 | 12/11/20 | 588-0105260-4 | 10/15/2019 | 9/11/2020 |
| 270420148085 | 11/28/2020 | 12/14/20 | 588-0105310-7 | 10/17/2019 | 9/11/2020 |
| 270420148086 | 11/28/2020 | 12/14/20 | 588-0105336-2 | 10/31/2019 | 9/25/2020 |
| 270420148060 | 11/28/2020 | 12/15/20 | 588-0104881-8 | 8/14/2019 | 7/10/2020 |
| 270420148084 | 11/28/2020 | 12/16/20 | 588-0105259-6 | 10/9/2019 | 9/4/2020 |

**Port Director,**

**U.S. Bureau of Customs & Border Protection**
**301 E. Ocean Blvd., Suite 1400**
 **Long Beach, CA 90802**