# UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____x
APS AUTO PARTS SPECIALIST, INC.       :
                                      :
                  Plaintiff,          :
                                      :
            v.                        :   Court No. 21-00233
                                      :
UNITED STATES,                        :
                                      :
                  Defendant.          :
_____x
```

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that plaintiff, APS Auto Parts Specialist, Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

Dated:  Los Angeles, CA
May 28, 2025

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
707 Wilshire Blvd., Suite 4150
Los Angeles, CA 90017
Tel.: (213) 624-1970
HLitman@gdlsk.com

By:  /s/ Heather Litman
     Heather Litman

## ORDER OF DISMISSAL

Court No. 21-00233, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Clerk, United States Court of International Trade

Dated:              By: _____