UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 7

| | |
|---|---|
| APS AUTO PARTS SPECIALIST, INC.<br><br>                              Plaintiff,<br>      v.<br>United States<br><br>                              Defendant. | Court No. 21-00233<br>and Attached Schedule |

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: May 29, 2025 _____

/s/ Heather Litman
_____
Attorney for Plaintiff
707 Wilshire Blvd., Suite 4150
_____
Street Address
Los Angeles, CA 90017
_____
City, State and Zip Code
213-624-1970
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-00233 | APS AUTO PARTS SPECIALIST, INC. | 270420148074<br>270420148077<br>270420148078<br>270420148079<br>270420148081<br>270420148082<br>270420144606<br>270420148051<br>270420148075<br>270420148080<br>270420148087<br>270420148088<br>270420148089<br>270420146069<br>270420148062<br>270420148064<br>270420148065<br>270420148066<br>270420148067<br>270420148071<br>270420148072<br>270420148052<br>270420148085<br>270420148086<br>270420148060<br>270420148084 | 588-0105132-5<br>588-0105133-3<br>588-0105158-0<br>588-0105177-0<br>588-0105214-1<br>588-0105215-8<br>588-0104820-6<br>588-0105113-5<br>588-0104953-5<br>588-0105008-7<br>588-0105341-2<br>588-0105417-0<br>588-0105486-5<br>588-0104986-5<br>588-0104882-6<br>588-0104918-8<br>588-0104828-9<br>588-0104919-6<br>588-0104937-8<br>588-0104987-3<br>588-0105060-8<br>588-0105260-4<br>588-0105310-7<br>588-0105336-2<br>588-0104881-8<br>588-0105259-6 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: __May 30, 2025__

Clerk, U. S. Court of International Trade

By: __/s/ Giselle Almonte__
       Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)